Nov. Term,

Marks, Executor, &c., *v.* The Junction Railroad Company. 1859.

Booe
v.
Watson.

APPEAL from the *Fayette* Circuit Court.

*Per Curiam.*—The appellees sued the appellant on a subscription to the stock of the company, and recovered.

Saturday,
December 10.

The same question is presented in the case as is decided in *Mc Cray* v. the same appellee, 9 Ind. R. 358.. The law, as decided in the case referred to, is with the appellant, and to that decision we adhere.

The judgment is reversed with costs. Cause remanded, &c.

*J. S. Reid* and *S. Heron,* for the appellant.

*S. W. Parker* and *J. C. McIntosh,* for the appellees.